**FILED**

**JUL 11 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JOHN R. MALONEY,<br><br>        Defendant - Appellant. | No. 11-50311<br><br>D.C. No. 3:10-cr-02803-DMS-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

      The motion of appellant's appointed counsel, John C. Lemon, Esq., for interim payment under the Criminal Justice Act is granted. The voucher has been certified for the full amount claimed, as audited by the Clerk.

      Within 45 days after the final disposition of the case in this court or after the filing of a petition for a writ of certiorari, whichever is later, counsel may submit a final voucher seeking payment of any further compensation sought. *See* 9th Cir. R. 4-1(f).

/Appellate Commissioner