FILED

JUL 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 11-50311 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-02803-DMS-1 |
| v. | |
| **JOHN R. MALONEY,** | **ORDER** |
| Defendant - Appellant. | |

Before:     **KOZINSKI**, Chief Judge.

Appellant's motion for bail pending rehearing en banc is granted.  This case is remanded to the district court for the limited purpose of establishing appropriate non-monetary conditions of release.