**JOHN C. LEMON**
California Bar No.175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, California 92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Maloney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>**JOHN MALONEY**,<br><br>  Defendant. | Case No. 10cr2803-DMS<br><br>CA No. 11-50311<br><br>ACKNOWLEDGMENT OF SURETY RICHARD FENNELL REGARDING REINSTATEMENT OF BOND PENDING APPEAL |

    I, Richard Fennell, was a surety on John Maloney's appearance bond in the above-entitled case, which was filed on July 29, 2010, and exonerated on April 20, 2011. I understand that the Court is going to reinstate Mr. Maloney's bond pending the resolution of his appeal. I acknowledge that the bond has been reinstated and agree to continue as a surety for Mr. Maloney throughout the pendency of the case.

DATED: 7-24-2013

_____
RICHARD FENNELL

```
JOHN C. LEMON
California Bar No.175847
LAW OFFICES OF JOHN C. LEMON, APC
1350 Columbia Street, Suite 600
San Diego, California  92101
(619) 794-0423
john@jcl-lawoffice.com

Attorney for Mr. Maloney
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**JOHN MALONEY**,<br><br>    Defendant. | Case No. 10cr2803-DMS<br><br>CA No.   11-50311<br><br><br>ACKNOWLEDGMENT OF SURETY SHARON WOODALL REGARDING REINSTATEMENT OF BOND PENDING APPEAL |

    I, Sharon Woodall, was a surety on John Maloney's appearance bond in the above-entitled case, which was filed on July 29, 2010, and exonerated on April 20, 2011. I understand that the Court is going to reinstate Mr. Maloney's bond pending the resolution of his appeal. I acknowledge that the bond has been reinstated and agree to continue as a surety for Mr. Maloney throughout the pendency of the case.

DATED: 7-24-2013

                                                  SHARON WOODALL