# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  10CR 2803-DMS |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| John R. Maloney | ) | Booking No. 20545298 |
| | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _7/24/2013_ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ _O/R_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. _Released on bond, pending appeal by order of the Ninth Circuit._

_Dana M. Sabraw_
UNITED STATES ~~MAGISTRATE~~ JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _J. Klosterman_
Deputy Clerk

557-6399

Received _____
DUSM

Crim-9   (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY